**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:18-CV-22995-RNS**

BLEAU FONTAINE CONDOMINIUM
ASSOCIATION NUMBER THREE, INC.,

Plaintiff,

v.

INDIAN HARBOR INSURANCE COMPANY,

Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME**
**TO DISCLOSE NEWLY RETAINED EXPERT'S REPORT**

Defendant, INDIAN HARBOR INSURANCE COMPANY ("Defendant"), hereby files its Unopposed Motion for Extension of Time to Disclose Newly Retained Expert's Report from April 3, 2019 to April 18, 2019, and states the following in support thereof:

1. This matter sounds in an alleged breach of an insurance contract stemming from a Hurricane Irma loss.

2. On August 30, 2018, this Honorable Court entered a Scheduling Order [D.E. 17] setting the case for a two week trial period commencing August 19, 2019 and imposing various discovery and pretrial motion deadlines. Pursuant to the Scheduling Order, the parties are to disclose expert witness reports by April 3, 2019.

3. On March 28, 2019, the undersigned completed the deposition of Plaintiff's public adjuster, Mr. Frank Inguanzo. During the testimony of Mr. Inguanzo, it was discovered that a roofing consultant from EZ Roofing, Mr. Tom Perrine, had been consulted to provide opinions regarding the costs of roofing repairs as well as alleged

issues associated with repairs to the existing tile roofing system in light of discontinuance of said roofing tiles. Additionally, he will opine on the applicable building codes and related damage to the flat roofs in the tile roof replacement process. Mr. Perrine and EZ Roofing had not been disclosed by Plaintiff within their initial disclosures, nor had they been disclosed in any supplements to Plaintiff's initial disclosures.

4. Based upon the opinions of EZ Roofing, presented through Mr. Inguanzo, Defendant believes a Roofing Consultant will be necessary to fully and properly defend this action.

5. Accordingly, Defendant has retained a Roofing Consultant, Jack Brown with Jack Brown & Associates, and has disclosed him to Plaintiff's counsel.[1] In order to complete a report in accordance with Rule 26, Mr. Brown will need to complete an inspection of the property. Defendant's counsel is currently working with Plaintiff's counsel to schedule and facilitate an inspection date within the next ten days.

6. Because of the need to inspect the property, Defendant's expert will require additional time to complete their report and Defendant will not be able to meet the April 3, 2019 disclosure deadline. Accordingly, Defendant respectfully requests the Court grant this Unopposed Motion for Extension of Time to disclose the newly retained expert's report for a period of fifteen days, thereby amending the date for the Disclosure of the newly retained expert's report from April 3, 2019 to April 18, 2019.

---

[1] While Defendant believes Mr. Brown would more than likely be considered a "rebuttal expert," in an abundance of caution, Defendant intends to name Mr. Brown as a primary expert.

7. Plaintiff is agreeable to the re-inspection and the parties are confirming an inspection date. Plaintiff also is agreeable to the additional time requested for submission of the Expert's Report.

8. Defendant has been diligent in attempting to meet the expert disclosure deadline as evidenced by Defendant's disclosure of their engineering expert within their Initial Disclosure as well as timely submission of the expert report from the engineering expert. However, as noted, it only learned of the additional information and opinions of EZ Roofing outlined above on March 28, 2019. Accordingly, Defendant is currently scheduling an inspection of the property, working diligently with Plaintiff to ensure that no other deadlines will be affected, and is immediately asking for additional time to file its expert's report and disclosures upon learning of the need for the extension. Accordingly, defendant has made a showing of good cause.

9. This request is made in good faith and not for the purpose of unnecessary delay. Further, Defendant will be greatly prejudiced if its expert is not allowed to inspect the property and testify regarding the newly raised issues discussed herein.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3).**

Defendant's counsel hereby certifies that it has complied with Local Rule 7.1(A)(3) by consulting with Plaintiff's counsel in an attempt to resolve the issues contained within this motion and in an effort to obtain the Plaintiff's position as to the relief sought herein. Plaintiff's counsel has advised that they do not oppose the relief sought herein.

**WHEREFORE**, Defendant, INDIAN HARBOR INSURANCE COMPANY, respectfully requests this Honorable Court grant the instant Unopposed Motion for Extension of Time to Disclose Expert Reports from April 3, 2019 to April 18, 2019.

Respectfully submitted,

**BERK, MERCHANT & SIMS, PLC**

**/s/ JONATHAN D. TOBIN**
Evelyn M. Merchant / FBN: 488577
emerchant@berklawfirm.com
mmarta@berklawfirm.com
Jonathan D. Tobin / FBN: 0072910
jtobin@berklawfirm.com
kmendez@berklawfirm.com
Joshua Salmon / FBN: 107400
jsalmon@berklawfirm.com
grodriguez@berklawfirm.com
2 Alhambra Plaza, Suite 700
Coral Gables, Florida 33134
Telephone:   (786) 338-2900
Facsimile:   (786) 338-2888
***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Service List**:

David Garcia, Esq.
**Marin, Eljaiek, Lopez & Martin, P.L.**
2601 South Bayshore Drive, 18th Floor
Coconut Grove, Florida 33133
305-444-5969
305-444-1939 – Facsimile
eservice@mellawyers.com
mellaw5@mellawyers.com
***Counsel for Plaintiff***

         /s/ JONATHAN D. TOBIN